TRAVIS P. BRENNAN, State Bar No. 238119
 tbrennan@stradlinglaw.com
SEAN THOMAS LOBB, State Bar No. 324213
 stlobb@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: 949 725 4000

*Attorneys for Defendant*
*A Book Company, LLC d/b/a eCampus.com*

Philip L. Fraietta, State Bar No. 354768
 pfraietta@bursor.com
Emily A. Horne, State Bar No. 347723
 ehorne@bursor.com
BURSOR & FISHER, P.A.
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455

*Attorneys for Plaintiff*
*Kelly Clark*

IT IS SO ORDERED
*Judge Susan Illston*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>A BOOK COMPANY, LLC D/B/A ECAMPUS.COM,<br><br>Defendant. | CASE NO. 3:25-cv-04784-SI<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT UNDER CIVIL LOCAL RULE 6-1(a)**<br><br>Complaint Filed: June 5, 2025 |

STRADLING YOCCA
CARLSON & RAUTH

-1-
JOINT STIPULATION
Case No. 3:25-cv-04784-SI

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Under Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the Northern District of California Civil Local Rules, Plaintiff Kelly Clark ("Plaintiff") and Defendant A Book Company, LLC d/b/a eCampus.com ("Defendant" and together with Plaintiff, "the Parties") stipulate as follows:

WHEREAS, on June 5, 2025, Plaintiff filed her Complaint against Defendant in this Court;

WHEREAS, the current deadline for Defendant to respond to the Complaint is no earlier than August 13, 2025;

WHEREAS, the Parties have met and conferred in good faith and have agreed to stipulate to an extension of Defendant's deadline to respond to the Complaint;

WHEREAS, the Parties have agreed to a 30-day extension, which will set Defendant's deadline to respond to the Complaint to September 12, 2025;

WHEREAS, the Parties expressly reserve and do not waive any arguments or defenses by making this stipulation, except that Defendant waives its right under Rule 12(b)(5) of the Federal Rules of Civil Procedure to challenge the sufficiency of service of the Summons and Complaint; and

WHEREAS, the 30-day extension of Defendant's deadline to respond to the Complaint will not alter the date of any event or any deadline already fixed by the Court.

THEREFORE, the Parties stipulate as follows:

Under Civil Local Rule 6-1(a), the deadline for Defendant to respond to the Complaint is extended to September 12, 2025.

**IT IS SO STIPULATED.**

DATED: July 29, 2025

STRADLING YOCCA CARLSON & RAUTH LLP

By:  /s/ *Sean Thomas Lobb*
     Travis P. Brennan
     Sean Thomas Lobb

*Attorneys for Defendant*

| | |
|---|---|
| DATED: July 29, 2025 | BURSOR & FISHER, P.A. |
| | By: /s/ *Phillip L. Fraietta* |
| | Philip L. Fraietta |
| | Emily A. Horne |
| | *Attorneys for Plaintiff* |

**SIGNATURE ATESTATION**

    I, Sean Thomas Lobb, attest pursuant to Northern District Local Rule 5-1(h)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 29, 2025  /s/ *Sean Thomas Lobb*  
    Attorney for Defendant  
    A Book Company, LLC d/b/a eCampus.com