TRAVIS P. BRENNAN, State Bar No. 238119
tbrennan@stradlinglaw.com
SEAN THOMAS LOBB, State Bar No. 324213
stlobb@stradlinglaw.com
STRADLING YOCCA CARLSON & RAUTH LLP
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Fax: (949) 725-4100

Attorneys for Defendant
A BOOK COMPANY, LLC
D/B/A ECAMPUS.COM

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| KELLY CLARK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>A BOOK COMPANY, LLC D/B/A ECAMPUS.COM,<br><br>Defendant. | Case No. 3:25-cv-04784-SI<br>Hon. Susan Illston<br><br>**DEFENDANT A BOOK COMPANY, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: June 5, 2025 |

Under Federal Rule of Civil Procedure 12, defendant A Book Company, LLC d/b/a ecampus.com ("Defendant") answers the Complaint (the "Complaint") of Kelly Clark ("Plaintiff") as follows.

## NATURE OF ACTION

1. Defendant admits that it owns the Website. Defendant otherwise denies the allegations in Paragraph 1.

2. Defendant denies the allegations in Paragraph 2.

## PARTIES

***Plaintiff***

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 3, and on that basis denies them.

4. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 4, and on that basis denies them.

5. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 5, and on that basis denies them.

6. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 6, and on that basis denies them.

7. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 7, and on that basis denies them.

8. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 8, and on that basis denies them.

9. Defendant denies the allegations in Paragraph 9.

10. Defendant denies the allegations in Paragraph 10.

***Defendant***

11. Defendant admits that it is incorporated in Kentucky and has its principal place of business at 2415 Palumbo Drive, Lexington, Kentucky 40509. Defendant admits that it owns the Website. Defendant otherwise denies the allegations in Paragraph 11.

## JURISDICTION AND VENUE

12. Paragraph 12 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant admits that this Court has jurisdiction over this action.

13. Paragraph 13 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant admits that this Court has jurisdiction over this action.

14. Paragraph 14 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant admits venue is proper in this action.

## FACTUAL ALLEGATIONS

### I. OVERVIEW OF THE LAW

#### A. California Information Privacy Act

15. Paragraph 15 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 15, and on that basis denies them.

16. Paragraph 16 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 16, and on that basis denies them.

17. Paragraph 17 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 17, and on that basis denies them.

18. Paragraph 18 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 18, and on that basis denies them.

19. Paragraph 19 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 19, and on that basis denies them.

20. Paragraph 20 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 20, and on that basis denies them.

**B. California Patron Use Records Act**

21. Paragraph 21 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 21, and on that basis denies them.

22. Paragraph 22 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 22, and on that basis denies them.

23. Paragraph 23 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 23, and on that basis denies them.

24. Paragraph 24 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 24, and on that basis denies them.

**C. California Reader Privacy Act**

25. Paragraph 25 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 25, and on that basis denies them.

26. Paragraph 26 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 26, and on that basis denies them.

27. Paragraph 27 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 27, and on that basis denies them.

28. Paragraph 28 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 28, and on that basis denies them.

## II. OVERVIEW OF THE PARTIES

### A. Defendant provides Reading Materials From Its Catalog

29. Defendant admits the allegations in paragraph 29.

30. Defendant admits the allegations in paragraph 30.

31. Defendant admits the allegations in paragraph 31.

### B. The eCampus Service Integrated Third Party Pixels

32. ***Facebook.*** Defendant denies the allegations in Paragraph 32.

33. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 33, and on that basis denies them.

34. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 34, and on that basis denies them.

35. Defendant denies the allegations in Paragraph 35.

36. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 36, and on that basis denies them.

37. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 37, and on that basis denies them.

38. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 38, and on that basis denies them.

39. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 39, and on that basis denies them.

40. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 40, and on that basis denies them.

41. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 41, and on that basis denies them.

42. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 42, and on that basis denies them.

43. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 43, and on that basis denies them.

44. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 44, and on that basis denies them.

45. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 45, and on that basis denies them.

46. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 46, and on that basis denies them.

47. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 47, and on that basis denies them.

48. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 48, and on that basis denies them.

49. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 49, and on that basis denies them.

50. Defendant denies the allegations in Paragraph 50.

51. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 51, and on that basis denies them.

52. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 52, and on that basis denies them.

53. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 53, and on that basis denies them.

54. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 54, and on that basis denies them.

55. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 55, and on that basis denies them.

56. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 56, and on that basis denies them.

57. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 57, and on that basis denies them.

## III. DEFENDANT ENABLES THE THIRD PARTIES TO INTERCEPT USER'S PROTECTED READING INFORMATION

58. Defendant denies the allegations in Paragraph 58.

59. Defendant denies the allegations in Paragraph 59.

### A. Defendant Enables Facebook To Intercept Users' Protected Reading and Personally Identifying Information

60. Defendant denies the allegations in Paragraph 60.

61. Defendant denies the allegations in Paragraph 61.

62. Defendant denies the allegations in Paragraph 62.

63. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 63, and on that basis denies them.

64. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 64, and on that basis denies them.

65. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 65, and on that basis denies them.

66. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 66, and on that basis denies them.

67. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 67, and on that basis denies them.

68. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 68, and on that basis denies them.

69. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 69, and on that basis denies them.

70. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 70, and on that basis denies them.

71. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 71, and on that basis denies them.

72. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 72, and on that basis denies them.

73. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 73, and on that basis denies them.

74. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 74, and on that basis denies them.

75. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 75, and on that basis denies them.

76. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 76, and on that basis denies them.

77. Defendant denies the allegations in Paragraph 77.

### B. Defendant Enables Listrak to Intercept Users' Protected Reading and Personally Identifying Information

78. Defendant denies the allegations in Paragraph 78.

79. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 79, and on that basis denies them.

80. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 80, and on that basis denies them.

81. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 81, and on that basis denies them.

82. Defendant denies the allegations in Paragraph 82.

## IV. DEFENDANT ENABLES THE THIRD PARTIES TO INTERCEPT USERS' PII AND READING HISTORY FOR THE PURPOSES OF MARKETING ADVERTISING AND ANALYTICS

83. ***Facebook.*** Defendant denies the allegations in Paragraph 83.

84. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 84, and on that basis denies them.

85. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 85, and on that basis denies them.

86. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 86, and on that basis denies them.

87. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 87, and on that basis denies them.

88. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 88, and on that basis denies them.

89. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 89, and on that basis denies them.

90. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 90, and on that basis denies them.

91. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 91, and on that basis denies them.

92. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 92, and on that basis denies them.

93. Defendant denies the allegations in Paragraph 93.

94. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 94, and on that basis denies them.

95. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 95, and on that basis denies them.

96. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 96, and on that basis denies them.

## CLASS ACTION ALLEGATIONS

97. **Class Definition.** Paragraph 97 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 97, and on that basis denies them.

98. Paragraph 98 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 98, and on that basis denies them.

99. Paragraph 99 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 99, and on that basis denies them.

100. Paragraph 100 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 100, and on that basis denies them.

101. **Numerosity/Ascertainability.** Defendant denies the allegations in Paragraph 101.

102. **Typicality.** Defendant denies the allegations in Paragraph 102.

103. **Adequacy.** Paragraph 103 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 103, and on that basis denies them.

104. **Common Questions of Law and Fact Predominate/Well Defined Community of Interest.** Defendant denies the allegations in Paragraph 104.

105. **Superiority.** Defendant denies the allegations in Paragraph 105.

**COUNT I**

**Violation of the California Invasion Of Privacy Act,**

**Cal. Penal Code § 631**

**(On Behalf Of The Class)**

106. Defendant incorporates by reference the prior paragraphs as if fully set forth here.

107. Paragraph 107 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 107, and on that basis denies them.

108. Paragraph 108 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 108, and on that basis denies them.

109. Paragraph 109 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 109, and on that basis denies them.

110. Paragraph 110 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 110, and on that basis denies them.

111. Defendant denies the allegations in Paragraph 111.

112. Defendant denies the allegations in Paragraph 112.

113. Defendant denies the allegations in Paragraph 113.

114. Defendant denies the allegations in Paragraph 114.

115. Defendant denies the allegations in Paragraph 115.

116. Defendant denies the allegations in Paragraph 116.

117. Defendant denies the allegations in Paragraph 117.

118. Defendant denies the allegations in Paragraph 118.

**COUNT II**

**Violation Of The California Invasion of Privacy Act,**

**Cal Penal Code § 632**

**(On Behalf Of The Class)**

119. Defendant incorporates by reference the prior paragraphs as if fully set forth here.

120. Paragraph 120 contains a legal conclusion for which no response is required.

121. Paragraph 121 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 121, and on that basis denies them.

122. Paragraph 122 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 122, and on that basis denies them.

123. Paragraph 123 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 123, and on that basis denies them.

124. Paragraph 124 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 124, and on that basis denies them.

125. Paragraph 125 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 125, and on that basis denies them.

126. Paragraph 126 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant denies the allegations in Paragraph 126.

127. Paragraph 127 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 127, and on that basis denies them.

128. Defendant denies the allegations in Paragraph 128.

129. Paragraph 129 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 129, and on that basis denies them.

130. Paragraph 130 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 130, and on that basis denies them.

131. Defendant denies the allegations in Paragraph 131.

///

///

**COUNT III**

**Invasion Of Privacy Under California's Constitution**

**(On Behalf Of The Class)**

132. Defendant incorporates by reference the prior paragraphs as if fully set forth here.

133. Paragraph 133 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 133, and on that basis denies them.

134. Defendant denies the allegations in Paragraph 134.

135. Paragraph 135 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 135, and on that basis denies them.

136. Paragraph 136 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations in Paragraph 136, and on that basis denies them.

137. Defendant denies the allegations in Paragraph 137.

138. Paragraph 138 contains a legal conclusion for which no response is required. To the extent a response is needed, Defendant denies that Plaintiff and the Class Members are entitled to any relief because they suffered no harm.

**PRAYER FOR RELIEF**

Defendant denies the allegations in the Complaint's Prayer for Relief and denies that Plaintiff is entitled to any relief, including, but not limited to, the relief requested in subparts a through k of the Prayer.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

**(Failure to State a Claim)**

Plaintiff's Complaint fails to state a claim against Defendant upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

**(No Proximate Cause)**

Defendant's alleged conduct was not the proximate cause of any alleged injury or damages to Plaintiff.

**THIRD AFFIRMATIVE DEFENSE**

**(No Damages)**

Defendant's alleged conduct did not damage or injure Plaintiff in any way.

**FOURTH AFFIRMATIVE DEFENSE**

**(Unjust Enrichment)**

Plaintiff would be unjustly enriched if allowed to recover on the Complaint.

**FIFTH AFFIRMATIVE DEFENSE**

**(Good Faith)**

The Complaint is barred, in whole or in part, because Defendant acted in good faith.

**SIXTH AFFIRMATIVE DEFENSE**

**(Waiver/Release)**

Plaintiff's claims and/or recovery are barred, in whole or in part, because Plaintiff, by her acts, omissions, and/or conduct has waived and/or released her rights, if any, to pursue the claims in the Complaint.

**SEVENTH AFFIRMATIVE DEFENSE**

**(Consent)**

Plaintiff's claims are barred, in whole or in part, because Plaintiff at all times gave her consent, express or implied, to any and all acts, omissions, and conduct as alleged in the Complaint.

**EIGHTH AFFIRMATIVE DEFENSE**

**(Equal Protection Clause)**

Plaintiff's claim under Section 632 is barred as California Penal Code Section 632's exceptions to non-consensual taping of conversations if not applied to the facts of this case

violates the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution.

**NINTH AFFIRMATIVE DEFENSE**

**(Unclean Hands)**

Plaintiff's Complaint is barred by the doctrine of unclean hands.

**TENTH AFFIRMATIVE DEFENSE**

**(Adequate Notice)**

Plaintiff's claims are barred, in whole or in part, because the actions complained of were taken after providing adequate notice to the relevant individual as required by law.

**ELEVENTH AFFIRMATIVE DEFENSE**

**(Estoppel)**

Plaintiff's claims are barred, in whole or in part, by the doctrine of estoppel.

**TWELFTH AFFIRMATIVE DEFENSE**

**(Assumption of Risk)**

Plaintiff's Complaint is barred in whole or in part by Plaintiff's negligence, fault, assumption of risk or otherwise from any and/or all legal or equitable relief against Defendant, as requested in the Complaint or otherwise.

**THIRTEENTH AFFIRMATIVE DEFENSE**

**(One Satisfaction)**

The Complaint, and each cause of action alleged, impermissibly seeks to recover penalties under multiple or different theories for the same or similar alleged unlawful acts.

**FOURTEENTH AFFIRMATIVE DEFENSE**

**(Unreasonable and Bad Faith)**

Defendant is informed and believes that further investigation and discovery will reveal, and on that basis alleges, that the Complaint and each and every cause of action, or some of them, are unreasonable and/or were filed in bad faith and/or are frivolous and, for that reason, justify an award of attorney

fees against Plaintiff and her attorneys.

**FIFTEENTH AFFIRMATIVE DEFENSE**

**(Adequate Remedy at Law)**

The Complaint and each cause of action, or some of them, is barred because, to the extent that Plaintiff seeks to recover equitable relief, Plaintiff is not entitled to such relief because she has an adequate remedy at law.

**SIXTEENTH AFFIRMATIVE DEFENSE**

**(Compliance With Law)**

The Complaint, and each cause of action alleged, fails because the actions taken by Defendant were in full compliance with the law.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

**(No Statutory or Punitive Damages)**

Any of Plaintiff's claim for statutory and punitive damages, are barred or reduced by applicable law or are unconstitutional insofar as they violate the due process protections afforded by the United States Constitution, the excessive fines clause of the Eighth Amendment of the United States Constitution, and Article 1, Section 17 of the Constitution of the State of California.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

**(Class Action Waiver and Requirements)**

This action may not be properly maintained or certified as a class action because, among other reasons Plaintiff and members of the putative class waived the right to participate in a class action by consenting to Defendant's terms of use and because none of the requirements of Federal Rule of Civil Procedure 23 can be met.

**NINETEENTH AFFIRMATIVE DEFENSE**

**(Reservation of Rights to Assert Additional Affirmative Defenses)**

Defendant reserves its right to amend this Answer and to assert any additional defenses and/or supplement or modify this Answer as may be warranted by the revelation of information during discovery and Defendant's further investigation of the Complaint's allegations.

**PRAYER**

Defendant prays for judgment as follows:

1. That Plaintiff take nothing on her Complaint;

2. That Plaintiff's claims be dismissed with prejudice;

3. That Defendant be awarded its costs of suit; and

4. For any other relief that the Court may deem just and proper.

DATED: September 12, 2025

STRADLING YOCCA CARLSON & RAUTH LLP

By: *<u>/s/ Sean Thomas Lobb</u>*
Travis P. Brennan
Sean Thomas Lobb

Attorneys for Defendant
A BOOK COMPANY, LLC D/B/A ECAMPUS.COM