**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorney for Plaintiff*

**STRADLING YOCCA CARLSON & RAUTH LLP**
Travis P. Brennan (SBN 238119)
tbrennan@stradlinglaw.com
Sean Thomas Lobb (SBN 324213)
stlobb@stradlinglaw.com
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

KELLY CLARK, individually and on behalf of all others similarly situated,

Plaintiff,

v.

A BOOK COMPANY, LLC, d/b/a ECAMPUS.COM

Defendant.

Case No. 3:25-cv-04784-SI

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Date:  December 5, 2025
Time:  11:30 a.m.
Courtroom: Remote via Zoom
Judge:  Hon. Susan Illston

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:25-cv-04784-SI

Plaintiff Kelly Clark ("Plaintiff") and A Book Company, LLC, d/b/a ecampus.com ("Defendant"), (collectively, the "Parties"), by and through their respective counsel, stipulate to: (1) continue the Case Management Conference currently scheduled for December 5, 2025 and all accompanying deadlines for 30 days. Good cause exists to continue the Case Management Conference, as the Parties are near reaching a resolution of this action. In support of their stipulation, the Parties state as follows:

**STIPULATION**

**WHEREAS**, on June 5, 2025, Plaintiff filed the Complaint;

**WHEREAS**, on June 9, 2025, the action was reassigned to the Honorable Susan Illston;

**WHEREAS**, on September 15, 2025, the Court held an initial status conference with the Parties and ordered a further Case Management Conference to be held on December 5, 2025;

**WHEREAS**, the Parties have engaged in settlement negotiations, including an informal exchange of discovery in support thereof, since early October, 2025;

**WHEREAS**, this is the Parties' first request for a continuance of the Case Management Conference;

**WHEREAS**, the requested continuance is not for purposes of delay, will not prejudice either side, will promote judicial economy, and are in the best interest of the Parties.

**NOW THEREFORE, IT IS HEREBY STIPULATED** BY AND BETWEEN THE PARTIES, through their respective counsel and subject to the Court's approval, that:

1. The December 5, 2025 Case Management Conference and all accompanying deadlines are continued for 30 days until January 5, 2025.

**IT IS SO STIPULATED.**

Dated: November 26, 2025                    Respectfully submitted,

                                           **BURSOR & FISHER, P.A.**

                                           By: */s/ Philip L. Fraietta*
                                                 Philip L. Fraietta

                                           Philip L. Fraietta (State Bar No. 354768)
                                           50 Main Street, Suite 475

White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorney for Plaintiff*

Dated: November 26, 2025

**STRADLING YOCCA CARLSON & RAUTH LLP**

By:    */s/ Sean T. Lobb*
             Sean T. Lobb

Travis P. Brennan (SBN 238119)
tbrennan@stradlinglaw.com
Sean Thomas Lobb (SBN 324213)
stlobb@stradlinglaw.com
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

*Attorneys for Defendant*

**SIGNATURE ATTESTATION**

Pursuant to L.R 5-1(i)(3) regarding signatures, I, Philip L. Fraietta, attest that concurrence in the filing of this document has been obtained from all signatories.

By:    */s/ Philip L. Fraietta*

JOINT STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:25-cv-04784-SI

2

## [PROPOSED] ORDER GRANTING STIPULATION

Upon presentation of the Parties' stipulation and good cause appearing, **IT IS HEREBY ORDERED THAT THE STIPULATION IS GRANTED AS FOLLOWS:**

1.  The December 5, 2025 Case Management Conference and all accompanying deadlines are continued for 30 days until January 5, 2025.

Dated: _____

_____
HON. SUSAN ILLSTON
United States District Judge