**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, New York 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

KELLY CLARK, individually and on behalf of all other persons similarly situated,

Plaintiff,

v.

A BOOK COMPANY, LLC d/b/a ECAMPUS.COM.,

Defendant.

Case No. 3:25-cv-04784-SI

**NOTICE OF SETTLEMENT**

Hon. Susan Illston

**TO THE COURT, THE CLERK, AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the parties have reached a tentative settlement in the above-captioned matter and are in the process of documenting the agreement. It is anticipated that a request for dismissal will be filed within thirty (30) days of the Date of this Notice.

Dated: December 31, 2025

Respectfully Submitted

**BURSOR & FISHER, P.A.**

By: */s/ Philip L. Fraietta*
Philip L. Fraietta

Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, New York 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

*Attorneys for Plaintiff*