**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorney for Plaintiff*

**STRADLING YOCCA CARLSON & RAUTH LLP**
Travis P. Brennan (SBN 238119)
tbrennan@stradlinglaw.com
Sean Thomas Lobb (SBN 324213)
stlobb@stradlinglaw.com
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CLARK, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>A BOOK COMPANY, LLC, d/b/a ECAMPUS.COM<br><br>     Defendant. | Case No. 3:25-cv-04784-SI<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS**<br><br>Hon. Susan Illston |

JOINT STIPULATION RE DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS
CASE NO. 3:25-cv-04784-SI

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kelly Clark ("Plaintiff") and A Book Company, LLC, d/b/a ecampus.com ("Defendant"), (collectively, the "Parties"), by and through their respective counsel, hereby stipulate to dismiss Plaintiff's claims with prejudice.

Dated: February 6, 2026                    Respectfully submitted,

                                           **BURSOR & FISHER, P.A.**


                                           By:    */s/ Philip L. Fraietta*
                                                       Philip L. Fraietta

                                           Philip L. Fraietta (State Bar No. 354768)
                                           50 Main Street, Suite 475
                                           White Plains, NY 10606
                                           Telephone: (914) 874-0710
                                           Facsimile: (914) 206-3656
                                           Email: pfraietta@bursor.com

                                           *Attorney for Plaintiff*

Dated: February 6, 2026                    **STRADLING YOCCA CARLSON & RAUTH LLP**

                                           By:    */s/ Sean T. Lobb*
                                                       Sean T. Lobb

                                           Travis P. Brennan (SBN 238119)
                                           tbrennan@stradlinglaw.com
                                           Sean Thomas Lobb (SBN 324213)
                                           stlobb@stradlinglaw.com
                                           660 Newport Center Drive, Suite 1600
                                           Newport Beach, CA 92660

                                           *Attorney for Defendant*

JOINT STIPULATION RE DISMISSAL OF PLAINTIFF'S CLAIMS                    1
CASE NO. 3:25-cv-04784-SI

**<u>SIGNATURE ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(i)(3), the filer of this document attests that all signatories have concurred in its filing.

By:     */s/ Philip L. Fraietta*
                Philip L. Fraietta